**No. 10-410. Roger McCormick, et al., Petitioners v. David Bechtol, et al.**

562 U.S. 1063, 131 S. Ct. 655, 178 L. Ed. 2d 482, 2010 U.S. LEXIS 9047.

November 29, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Third Judicial Department, denied.

Same case below, 68 App. Div. 3d 1376, 891 N.Y.S.2d 188.

**No. 10-411. William M. Windsor, Petitioner v. Maid of the Mist Corporation, et al.**

562 U.S. 1064, 131 S. Ct. 655, 178 L. Ed. 2d 482, 2010 U.S. LEXIS 9157, ▪

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-414. Neldon Johnson, Petitioner v. Ina Marie Johnson.**

562 U.S. 1064, 131 S. Ct. 656, 178 L. Ed. 2d 482, 2010 U.S. LEXIS 9176.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of Utah denied.

Same case below, 234 P.3d 1100.

**No. 10-415. Anne Bryant, et al., Petitioners v. Media Right Productions, Inc., et al.**

562 U.S. 1064, 131 S. Ct. 656, 178 L. Ed. 2d 482, 2010 U.S. LEXIS 9235.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 603 F.3d 135.

**No. 10-417. Weldon Lackey, Petitioner v. Department of Agriculture, et al.**

562 U.S. 1064, 131 S. Ct. 656, 178 L. Ed. 2d 482, 2010 U.S. LEXIS 9400.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 384 Fed. Appx. 741.

**No. 10-421. Deutscher Tennis Bund, et al., Petitioners v. ATP Tour, Inc., et al.**

562 U.S. 1064, 131 S. Ct. 658, 178 L. Ed. 2d 482, 2010 U.S. LEXIS 9253.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 610 F.3d 820.

**No. 10-424. Shirley Richey Blome, Petitioner v. Montana.**

562 U.S. 1064, 131 S. Ct. 658, 178 L. Ed. 2d 482, 2010 U.S. LEXIS 9113.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.